UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**KEVIN GIBBS,**

            *Plaintiff,*

-vs-

**WHOLESALE CARS ONLINE.COM, L.L.C. D/B/A SUN AUTO WAREHOUSE,**

            *Defendant.*

Civil Action No.:
5:17-CV-00287 (TJM/DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 06 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY AGREED AND STIPULATED** by Plaintiff Kevin Gibbs and Defendant Wholesale Cars Online.com, LLC d/b/a Sun Auto Warehouse ("Sun Auto"), by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all claims against Defendant Sun Auto are hereby dismissed from the above-captioned action with prejudice, with each party to bear its own costs and fees incurred in connection with this action. No party hereto is an infant or incompetent.

DATED: October 3, 2017

By:  /s/ James D. Hartt
      James D. Hartt, Esq.
      Bar Roll No.: 516131

*Attorney for Plaintiff*
70 Linden Oaks, Third Floor
Rochester, New York 14625
Telephone: (585) 490-7100

DATED: October 3, 2017

**BARCLAY DAMON LLP**

By:  /s/ Edward G. Melvin
      Edward G. Melvin, Esq.
      Bar Roll No.: 509037

*Attorneys for Defendant*
Barclay Damon Tower
125 E. Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2783

14024378

IT IS SO ORDERED:

_____
Hon. Thomas J. McAvoy
U.S. District Judge

Dated: Oct. 6, 2017
Binghamton, NY

14024378